# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE TAYLOR,

    Plaintiff,

  v.

J. LEWIS, et al.,

    Defendants.

No. 2:18-CV-0149-DMC-P

ORDER

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated: September 20, 2019

                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE