**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE NATHAN TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MA,<br><br>    Defendant. | No.  2:18-CV-0149-JAM-DMC-P<br><br><br>ORDER |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Defendant applied ex parte for an extension of discovery cut-off date and for an order to take plaintiff's deposition via remote video conference, if necessary, with the plaintiff, the deposition reporter and defense counsel to be in separate locations. See ECF No. 28.

    Good cause appearing, defendant's application is GRANTED.  The Court resets the discovery cut-off date to September 30, 2020.  Any motions to compel shall be filed within sixty days of September 30, 2020, and any dispositive motions within ninety days of September 30, 2020.

///

///

///

///

1

1  Further, the deposition may be taken via video conference, if necessary, with the Plaintiff, the deposition reporter, and defense counsel in separate locations and such deposition testimony shall be admissible.

IT IS SO ORDERED.

Dated: July 31, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE