**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE NATHAN TAYLOR,<br><br>             Plaintiff,<br><br>      v.<br><br>J. MA,<br><br>             Defendant. | No. 2:18-CV-0149-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Defendant applied ex parte for clarification or alternatively for modification of the scheduling order. Good cause appearing, Defendant's application (ECF No. 30) is GRANTED.

The September 30, 2020 discovery cut-off deadline carries the same meaning as the discovery cut-off in the scheduling and discovery order. Discovery shall be served by September 30, 2020. Modification of the scheduling order is unnecessary.

IT IS SO ORDERED.

Dated:  September 14, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1