IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NATHAN TAYLOR,<br><br>  Plaintiff,<br><br>  v.<br><br>J. MA, et al.,<br><br>  Defendants. | No. 2:18-CV-0149-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Defendant's second request to modify the Court's scheduling order and extend time to file a dispositive motion. ECF No. 35. The Court previously extended the discovery deadline until September 30, 2020. ECF No. 29. Dispositive motions, due 90 days after close of discovery, would thus be due December 29, 2020. Id. For good cause shown, the Court grants Defendant's motion. Dispositive motions shall be filed on or before March 1, 2021.

IT IS SO ORDERED.

Dated: December 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1