IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE TAYLOR,** | Case No. 2:18-cv-00149-JAM-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. MA,** | |
| Defendant. | |

Good cause having been shown, Defendant Ma's second motion to modify the current scheduling order to file a dispositive motion is granted nunc pro tunc to March 1, 2021. Discovery is closed. Dispositive motions shall be filed and served on or before April 5, 2021.

**IT IS SO ORDERED.**

Dated: March 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE