IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MA,<br><br>　　　　　Defendant. | No. 2:18-CV-0149-JAM-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On July 19, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    The findings and recommendations filed July 19, 2021, are adopted in full;

3      2.    Defendant's motion for summary judgment, ECF No. 28, is granted; and

4      3.    The Clerk of the Court is directed to enter judgment and close this file.

Dated: September 23, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE