# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| JOE TAYLOR | ) |
| v. | ) |
| J. LEWIS, et al. | ) Case No.: 2:18-cv-00149 JAM DMC (PC) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on **09/24/2021** (Date) against **Plaintiff, Joe Taylor**, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................. | $ |
| Fees for service of summons and subpoena ........................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 449.00 |
| Fees and disbursements for printing ................................................. | |
| Fees for witnesses *(itemize on page two)* ............................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................................ | |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals ...................................... | |
| Compensation of court-appointed experts ............................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ....................................................... | |
| **TOTAL** $ | **449.00** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service      ☑ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: /s/ Kelli M. Hammond

Name of Attorney: Kelli M. Hammond

For: **Defendant, J. Ma**                Date: **09/28/2021**
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of ____$449.00____ and included in the judgment.

**Keith Holland**              By: **/s/ Gabriel Michel**        **October 20, 2021**
*Clerk of Court*                    *Deputy Clerk*                *Date*

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print     Save As...     Reset

# ATTACHMENT 1

Approved for Payment:
Case Name: Taylor, Joe J. Lewis, et al.
Docket No.: 48170-286-SA2019106358
DAG: Van Kamberian
Date: 12/1/2020
Signature: /s/ Van Kamberian

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Van Kamberian
California Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

| INVOICE NO. | AE0661E AA |
|---|---|
| FIRM NO. | 1163870 |
| INVOICE DATE | 11/06/2020 |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Angelo Narlo
anarlo@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|
| Setting Firm: | California Attorney General |
| Taking Attorney: | Van Kamberian |
| Case Name: | Taylor vs. Ma |
| Case No.: | 2:18-cv-00149 |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |
| Description: | Reporter's transcript of the deposition of Joe Taylor, taken 10/12/2020. |

County: Sacramento

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Personal Injury Rate | 83.00 | $ 4.25 | $ 352.75 |
| Litigation Support Package | 1.00 | $ .00 | $ .00 |
| Processing & Handling | 1.00 | $ 40.00 | $ 40.00 |
| Hourly Rate | 2.25 | $ 25.00 | $ 56.25 |
| BALANCE DUE | | | $ 449.00 |

RECEIVED DEC 2020 ACCOUNTING OFFICE DEPARTMENT OF JUSTICE

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 449.00 |
|---|---|
| INVOICE NO. | AE0661E AA |
| FIRM NO. | 1163870 |

From: Van Kamberian
California Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

018529

For: Reporter's transcript of the deposition of Joe Taylor, taken 10/12/2020.

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# WORK ORDER FOR COURT REPORTER SERVICES

Submit Invoices to:
Department of Justice, Accounting Office
1300 I Street, Room 810
Sacramento, CA 95814

2020 DEC -1 AM 10: 57

| (1) Vendor Contact Information (name, address, business phone number): | (2) Date: |
|---|---|
| Atkinson-Baker, Inc.<br>500 North Brand Blvd., Third Floor<br>Glendale, CA 91203-4725<br>800-288-3376, 800-925-5910 fax | Nov 25, 2020 |
| | (3) Federal Tax ID Number:<br>95-4189037 |
| | (4) Vendor DVBE/SB Cert. Number |

| (5) Department of Justice Matter ID Number: | (6) Case Name: |
|---|---|
| 48170-286-SA2019106358 | Taylor, Joe v. J. Lewis, et al. |

| (7) Amount Approved (not to exceed $4,999.99): | (8) Approved Period of Service: | (9) Invoice Number: |
|---|---|---|
| 449.00 | 10/12/2020 | AE0661E AA |

(10) Nature of Service (check all that apply):

- ☒ deposition services
- ☐ courtroom services
- ☒ transcript services
- ☐ other (explain):

Reporter's transcript of the deposition of Joe 10/12/2020.

(11) Selected least expensive court reporter (based on cost per page) from the court reporter approved list?

- ☒ Yes
- ☐ No

(11a) If no, check box that applies or explain below:

- ☐ copy of court room transcription
- ☐ opposing counsel made selection
- ☐ does not provide required service
- ☐ did not receive satisfactory performance
- ☐ other (explain):

| (12) Signature Field (signature required): | (13) Date: | (14) Typed Name and Title: |
|---|---|---|
| Van Kamberian *Digitally signed by Van Kamberian Date: 2020.11.30 09:41:25 -08'00'* | Nov 30, 2020 | Van Kamberian, DAG |

| (15) Division/Section: | (16) City: | (17) Telephone Number: |
|---|---|---|
| Correctional Law Section | Sacramento, CA | 916-210-7352 |

| (18) Approval for Expenditure (signature required): | (19) Date: | (20) Typed Name and Title: |
|---|---|---|
| Joseph Wheeler *Digitally signed by Joseph Wheeler Date: 2020.12.01 09:57:58 -08'00'* | Dec 1, 2020 | Joseph R. Wheeler, SDAG |

**For Accounting Office Use Only**

| (21) Work Order Number: | (22) Vendor Number: | |
|---|---|---|
| 018529 | | |

# CERTIFICATE OF SERVICE

Case Name:   **Joe Taylor (D86762) v. J. Ma**      No.   **2:18-cv-00149 JAM DMC (PC)**

I hereby certify that on <u>September 28, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

➢ **BILL OF COSTS WITH ATTACHMENT ONE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>September 28, 2021</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Joe Taylor, D86762**
**California State Prison - Sacramento**
**P.O. Box 290066**
**Represa, CA  95671-0066**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 28, 2021</u>, at Sacramento, California.

|  P. Pimentel  |  */s/ P. Pimentel*  |
| :---: | :---: |
| Declarant | Signature |

SA2019106358
35508382.docx